# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF FLORIDA
# PENSACOLA DIVISION

UNITED STATES OF AMERICA

   VS                                                                           CASE NO. 3:08cr122 LAC

SATYAM BEJJENKI

## REFERRAL AND ORDER

Referred to Judge Lacey Collier on   August 25, 2009
Motion/Pleadings:   MOTION TO UNSEAL INDICTMENT
Filed by  GOVERNMENT       on 8/24/09       Doc.# 9

RESPONSES:

                                             on           Doc.#
                                             on           Doc.#

\_\_\_\_ Stipulated     \_\_\_\_ Joint Pldg.
\_\_\_\_ Unopposed    \_\_\_\_ Consented

                                             WILLIAM M. McCOOL, CLERK OF COURT

                                             *s/Mary Maloy*
LC (1 OR 2)                                 Deputy Clerk: Mary Maloy

## *ORDER*

*Upon consideration of the foregoing, it is ORDERED this 25th day of August, 2009, that:*

*(a) The relief requested is **GRANTED**.*

*(b)* _____

                                                               s/*L.A. Collier*
                                                                ***LACEY A. COLLIER***
                                                   *Senior United States District Judge*

Entered On Docket: _____ By: \_\_
Rules 58 & 79(a) FRCP or 32(d)(1) & 55 FRCRP
Copies sent to:_____

                              Document No.